# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-321 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Guillermo Mena, | |
| Defendant. | |

This matter comes before the Court on Defendant's Unopposed Motion for Continuance of the Motion Hearing and to Supplement Defendant's Pleadings, ECF No. 45. Defendant requests an extension of the motion hearing due to a last-minute scheduling conflict with defense counsel's trial schedule in another case in state court. *Id.* at 1. Defendant also requests leave to supplement its pretrial motions. *Id.* at 2. The Government does not oppose either request. *Id.*

Based on all the files, records, proceedings herein, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendant's Unopposed Motion for Continuance of the Motion Hearing and to Supplement Defendant's Pleadings, ECF No. 45, is **GRANTED**.

2. All supplemental motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **August 16, 2024.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all supplemental motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

3. **Counsel shall electronically file a letter on or before August 16, 2024, if no supplemental motions will be filed and there is no need for a hearing.**

4. All responses to any supplemental motions shall be filed by **August 30, 2024**. D. Minn. LR 12.1(c)(2).

5. Any Notice of Intent to Call Witnesses shall be filed by **August 30, 2024**. D. Minn. LR 12.1(c)(3)(A).

6. Any Responsive Notice of Intent to Call Witnesses shall be filed by **September 4, 2024**. D. Minn. LR 12.1(c)(3)(B).

7. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

8. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **September 10, 2024, at 10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

9. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Eric C. Tostrud to confirm the new trial date.**

[Continued on next page.]

Dated: July 16, 2024

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota


*United States v. Mena*
Case No. 23-cr-321 (ECT/TNL)

3